FILED

1 Maria C. Roberts, State Bar No. 137907
Kelly L. McGeehan, State Bar No. 243126
2 STOKES ROBERTS & WAGNER
600 West Broadway, Suite 1150
3 San Diego, CA 92101
Telephone: (619) 232-4261
4 Facsimile: (619) 232-4840

2013 JUN 12 AM 10: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

5 Attorneys for *Specially Appearing* Defendant HCAL,
LLC, erroneously sued as Harrah's Rincon Casino and
6 Resort (a non-legal entity)

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11 MARK KOTLYARSIY,            Case No. CV13-04211-ABC
                               (MRWx)
12      Plaintiff,
                               Action Date: May 10, 2013
13 v.
                               **NOTICE OF REMOVAL OF CIVIL
14 HARRAH'S RINCON CASINO AND  ACTION BY *SPECIALLY
   RESORT; HCAL, LLC, RINCON   APPEARING* DEFENDANT HCAL,
15 BAND OF LUISENO INDIANS     LLC, ERRONEOUSLY SUED AS
        Defendants.            HARRAH'S RINCON CASINO &
16 CEASARS ENTERTAINMENT       RESORT (A NON-LEGAL
   OPERATING COMPANY, INC.     ENTITY)**
17
                               [Pursuant to 28 U.S.C. §§ 1331 and
18                             1441(a)]

19                             ACCOMPANYING DOCUMENTS:
                               CIVIL COVER SHEET;
20                             DECLARATION OF MARIA C.
                               ROBERTS; CERTIFICATION AND
21                             NOTICE OF PARTIES WITH
                               FINANCIAL INTEREST
22

23

24

25

26

27

28

                                          NOTICE OF REMOVAL OF ACTION
4852-1990-5300

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that *Specially Appearing* Defendant HCAL, LLC, erroneously sued herein as Harrah's Rincon Casino & Resort (a non-legal entity) hereby files this Notice of Removal from the Superior Court of the State of California in and for the County of Los Angeles, of Case No. LAV 13V03078 (the "State Action") to the United States District Court for the Central District of California.

Removal is based upon federal question jurisdiction in that the State Action asserts claims which are completely pre-empted by the Indian Gaming Regulatory Act, 25 U.S.C. section 2701, *et seq.* ("IGRA") (28 U.S.C. §§ 1331 and 1441(a).) Pursuant to 28 U.S.C. § 1446(a), attached hereto collectively as Exhibit 1 is the entirety of the State Court file. No further proceedings have been had or documents filed in the Superior Court for the County of Los Angeles. This Notice of Removal is timely in that it has been filed within thirty (30) days of *Specially Appearing* Defendant's first notice of the State Action. (Roberts Decl., ¶ 6.)

A. **Removal is Proper Based on Federal Question Jurisdiction**

1. In the State Action, KOTLYARSIY has sued *Specially Appearing* Defendant HCAL, LLC, (erroneously sued herein as Harrah's Rincon Casino & Resort), related to an incident that is alleged to have occurred at what is commonly known as Harrah's Rincon Casino & Resort on July 9, 2011. (Exh. 1, ¶ 3.)

2. The establishment commonly known as Harrah's Rincon Casino & Resort ("the Casino") is owned by The Rincon, San Luiseno Band of Mission Indians ("Rincon Tribe") and is located on the Reservation of the Rincon Tribe. (Exh. 2, ¶ 2.) The Rincon Tribe is a federally-recognized sovereign Indian tribe

that is situated on a permanent Reservation located within the State of California. (*Id.*) The Casino is owned, operated and controlled by the Rincon Tribe pursuant to the Indian Gaming Regulatory Act ("IGRA"), which establishes the jurisdictional framework that governs Indian gaming. The Casino also operates pursuant to the Tribal-State Gaming Compact entered into by the Rincon Tribe and the State of California. (Exh. 2, ¶ 2; Exh. 3; 25 U.S.C. § 2701 *et seq.*)

3. The Rincon Tribe maintains ultimate authority and control over all operations and decisions concerning the business, maintenance, and management of the Casino and the entire Rincon Reservation. (Exh. 2, ¶ 3.)

4. The Casino's creation was dependent upon government approval at numerous levels, in order for it to conduct gaming activities permitted only under the auspices of the Rincon Tribe. The IGRA required the Rincon Tribe to authorize the Casino through a tribal ordinance and an interstate gaming compact. (Exh. 3; 25 U.S.C. § 2710(d)(1).) The Rincon Tribe and California entered into such a compact "on a government-to-government basis." (Exh. 3.) These extraordinary steps were necessary because the Casino is not a mere revenue-producing tribal business but is, pursuant to the IGRA, the creation and operation of Indian casinos is designed to promote "tribal economic development, self-sufficiency, and strong tribal governments." (25 U.S.C. § 2701(4); 25 U.S.C. § 2702(1).) One of the principal purposes of the IGRA is "to ensure that the Indian tribe is the primary beneficiary of the gaming operation." (25 U.S.C. § 2702(2).)

///
///
///
///
///

5. Here, although KOTLYARSIY has sued *Specially Appearing* Defendant HCAL, LLC, (erroneously named as Harrah's Rincon Casino and Resort), HCAL, LLC has no ownership interest in the Casino, the Rincon Reservation or authority over the Rincon Tribe's governmental policies and/or decisions. (Exh. 2, ¶¶ 2-3.)

WHEREFORE, pursuant to 28 U.S.C. sections 1331 and 1441(a), *Specially Appearing* Defendant removes this case from the Superior Court of the State of California in and for the County of Los Angeles, to the United States District Court for the Central District of California.

DATED: June 12, 2013

STOKES ROBERTS & WAGNER

By: /s/ Maria C. Roberts
Maria C. Roberts
Kelly L. McGeehan
Attorneys for *Specially Appearing* Defendant HCAL, LLC, sued erroneously herein as Harrah's Rincon Casino and Resort (a non-legal entity)

Exhibit 1

## Plaintiff's Claim and ORDER
## SC-100  to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in (2) on page 2 of this form. The person suing you is the Plaintiff, listed in (1) on page 2.

- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en (2) de la pagina 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en (1) de la pagina 2.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuacion. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podria ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar sucaso.

- Lea este formulario y todas las paginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**ORIGINAL FILED**
**MAY 10 2013**
**LOS ANGELES SUPERIOR COURT**

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles: NORTHWEST DISTRICT (-19498-)
VAN NUYS COURTHOUSE EAST
6230 SYLMAR AVENUE
VAN NUYS, CA. 91401
(818) 374-2901

*Clerk fills in case number and case name:*

Case Number:
LAV 13V03078
Case Name:
KOTLYARSIY, MA VS HARRAH'S RINCO

### Order to Go to Court

The people in (1) and (2) must go to court: *(Clerk fills out section below.)*

| TRIAL DATE | TIME | DEPARTMENT | LOCATION |
|---|---|---|---|
| 07/10/2013 | 08:30 AM | NWZ | ROOM 320, THIRD FL |

Date: 05/10/2013     JOHN A. CLARKE, Executive Officer/Clerk
                     By ANA QUITENO                    , Deputy

**Instructions for the person suing:**
- You are the Plaintiff. The person you are suing is the Defendant.

- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms*

- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

- You must have someone at least 18--not you or anyone else listed in this case--give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5
-->

Case Number:
LAV 13V03078

Plaintiff (list names): KOTLYARSIY, MARK

---

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: KOTLYARSIY, MARK
Phone: (818) 634-1864

Street address:
*Street* — *City* — *State* — *Zip*

Mailing address *(if different)*: 12115 MAGNOLIA BLVD #202
*Street* — VALLEY VILLAGE — CA — 91607

**If more than one Plaintiff, list next Plaintiff here:**

Name:
Phone:

Street address:

Mailing address *(if different)*:

[ ] Check here if more than 2 Plaintiffs and attach Form SC-100A.
[ ] Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: HARRAH'S RINCON CASINO AND RESORT
Phone: (760) 751-3100

Street address:

Mailing address *(if different)*: 777 HARAH'S RINCON WAY
*Street* — VALLEY CENTER — CA — 92082

**If more than one Defendant, list next Defendant here:**

Name: HCAL, LLC
Phone: (800) 342-7724

Street address: ONE CEASARS PALACE DRIVE — LAS VEGAS — NV — 89109

Mailing address *(if different)*: 2730 GATEWAY OAKS DR SUITE 100 — SACRAMENTO — CA — 95833

[X] Check here if more than 2 Defendants and attach Form SC-100A.
[ ] Check here if any Defendant is on active military duty, and write his or her name here:

**(3) The Plaintiff claims the Defendant owes $10000.00.** *(Explain below):*

a. Why does the Defendant owe the Plaintiff money?
PLAINTIFF SLIPPED AND FELL BECAUSE OF THE LIQUID ON THE FLOOR. DEFENDANTS SHOULD HAVE NOTICED THE HAZARD AND PREVENT INJURIES TO PLAINTIFF WHO HAD AN INVITEE STATUS. PLAINTIFF WAS SEVERLY INJURED.

b. When did this happen? *(Date):* 07 / 09 / 2011
If no specific date, give the time period: Date Started:   Through:

C. How did you calculate the money owed to you? (Do not include court costs or fees for service.)
MEDICAL BILLS, PAIN & SUFFERING, FUTURE MEDICAL BILLS, AND..

[ ] Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

---

| Case Number: |
|---|
| LAV 13V03078 |

# SC-100A  Other Plaintiffs or Defendants

[X] This form is attached to form SC-100, Item 1 or 2.

(1) If more than 2 Plaintiffs (person, business, or entity suing), list their information below:

Other Plaintiff's name:

Phone:
Street Address:
City:                                        State:            Zip:
Mailing address (if different):
City:                                        State:            Zip:
Is this plaintiff doing business under a fictitious name?  [ ] Yes [ ] No  If yes, attach Form SC-103.

(2) If more than 2 Defendants (person, business, or entity being sued), list their information below:

Other Defendant's name:  RINCON BAND OF LUISENO INDIANS

Phone: (760) 749-1051
Street Address:   CARE OF: RINCON BUSINESS COMMITEE
City:                                        State:            Zip:
Mailing address (if different): 33750 VALLEY CENTER ROAD
City: VALLEY CENTER                          State: CA         Zip: 92082

Other Defendant's name:  CEASARS ENTERTAINMENT OPERATING COMPANY, INC.

Phone: (800) 342-7724
Street Address:   ONE CEASARS PALACE DRIVE
City: LAS VEGAS                              State: NV         Zip: 89109
Mailing address (if different): 2710 GATEWAY OAKS DR STE 150N
City: SACRAMENTO                             State: CA         Zip: 95833

(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(4) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in in California during this calendar year.

I declare, under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date:_____      _____    _____
                         Type or print your name      Sign your name

Judicial Council of California,  www.courtinfo.ca.gov

Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, 116.110 et seq.,

**Other Plaintiffs or Defendants**
(Small Claims)

SC-100A, Page 1

Case Number:
LAV 13V03078

Plaintiff (list names): KOTLYARSIY, MARK

---

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.**

   **Have you done this?**  [X] Yes   [ ] No

   *If no, explain why not:*


**(5) Why are you filing your claim at this courthouse?**

   **This courthouse covers the area** *(Check the one that applies):*
   a. [X] (1) Where the Defendant lives or does business.

       (2) Where the Plaintiff's property was damaged.

       (3) Where the Plaintiff was injured.

       (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.

   b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans.   *(Code Civ. Proc., 395(b).)*

   c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card).  *(Civil Code, 1812.10.)*

   d. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is is permanently garaged, if this claim is about a vehicle finance sale.  *(Civil Code, 2984.4.)*

   e. [ ] Other *(specify):*

**(6) List the zip code of the place checked in (5) above** *(if you know):* 91604

**(7) Is your claim about an attorney-client fee dispute?**  [ ] Yes   [X] No
   *If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:*  [ ]

**(8) Are you suing a public entity?**  [ ] Yes   [X] No
   *If yes, you must file a written claim with the entity first.*  [ ] A claim was filed on *(date):*
   *If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
   [ ] Yes   [X] No   *If yes, the filing fee for this case will be higher.*

---

**(10)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

   I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

   Date: 05/10/2013   _____   _____
                      *Plaintiff types or prints name here*       *Plaintiff signs here*

   Date: _____   _____
                      *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

   **Requests for Accommodations**
   Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask least 5 days before the trial. Contact the clerk's office for Form MC-410,   *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, 54.8.)*

---

|  | Case Number: |
|---|---|
| Plaintiff (list names): MARK KOTLYARSKIY | |

### (1) The Plaintiff (the person, business, or public entity that is suing) is:

Name: MARK KOTLYARSKIY                                    Phone: (818) 634-1864

Street address: 12115 MAGNOLIA BLVD # 202, VALLEY VILLAGE   CA   91607
                 *Street*                          *City*         *State*  *Zip*

Mailing address (if different): _____
                                 *Street*        *City*      *State*  *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____           Phone: (    )

Street address: _____
                 *Street*                          *City*         *State*  *Zip*

Mailing address (if different): _____
                                 *Street*        *City*      *State*  *Zip*

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.

☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

### (2) The Defendant (the person, business, or public entity being sued) is:

Name: Harrah's Rincon Casino and Resort                    Phone: (760) 751-3100

Street address: 777 Harrah's Rincon Way        Valley Center    CA     92082
                 *Street*                          *City*         *State*  *Zip*

Mailing address (if different): _____
                                 *Street*        *City*      *State*  *Zip*

**If more than one Defendant, list next Defendant here:**

Name: HCAL, LLC                                            Phone: (800) 342-7724

Street address: ONE CAESARS PALACE DRIVE       LAS VEGAS    NV     89109
                 *Street*                          *City*         *State*  *Zip*

Mailing address (if different): 2730 Gateway Oaks dr. Sacramento CA 95833
                                 *Street* Suite 100  *City*      *State*  *Zip*

☑ Check here if more than 2 Defendants and attach Form SC-100A.

☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

### (3) The Plaintiff claims the Defendant owes $ 10,000.00 . (Explain below):

a. Why does the Defendant owe the Plaintiff money? Plaintiff slipped and fell because of the liquid on the floor. Defendants should have noticed the hazard and prevent injuries to Plaintiff who had an invitee status. Plaintiff was severely injured.

b. When did this happen? (Date): 07/09/2011

If no specific date, give the time period: Date started: _____ Through: _____

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) Medical Bills, Pain and Suffering, Future Medical Bills, Future Pain and Suffering, and all other damages.

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

## SC-100  Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms*.

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals*.

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.


**Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Advisors are available Monday thru Friday, 8:30 A.M. to 4:30 P.M. at the County Hall of Administration 500 West Temple Street, Room B96, Los Angeles 90012 or by calling (213) 974-9759.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

### CV13- 4211 ABC (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [✓] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
MARK KOTLYARSIY

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
HCAL, LLC, ERRONEOUSLY SUED HEREIN AS HARRAH'S RINCON CASINO AND RESORT (A NON-LEGAL ENTITY)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
MARIA C. ROBERTS, SBN 137907
STOKES ROBERTS & WAGNER
600 WEST BROADWAY, SUITE 1150
SAN DIEGO, CA 92101   TELEPHONE: 619) 232-4261

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [ ] 1. Original Proceeding
- [X] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [ ] Yes [X] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [ ] **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC SECTIONS 1331 AND 1441(a)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | | [X] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | **REAL PROPERTY** | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** CV13-04211

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)      CIVIL COVER SHEET      Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | NEVADA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN DIEGO | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Maura C. Ratu_  **DATE:** JUNE 12, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |